# EXHIBIT 1

## UNREASONABLE ENTRY INTO HOME

Plaintiffs Juan Cortez and I.C. claim that the police unlawfully entered their home in violation of the Fourth Amendment of the Constitution. Under the Fourth Amendment, the police may not enter a home without a search warrant or some other legal justification. Here, the Defendants did not have a search warrant. However, the police may enter a home without a search warrant if they are in hot pursuit of a fleeing felon.

The police may not enter a home to make an arrest or because they believe that a suspect or evidence of a crime is inside. Instead, they must first obtain a warrant.

In this case, the Defendants claim that they were in hot pursuit because they saw Juan Cortez run into the house carrying a gun. If you find that the police did observe Juan Cortez enter the house carrying a gun, then you should find for the defendants on the Plaintiffs' claim for unlawful entry into their home.

On the other hand, if you find that the police did not see Juan Cortez run into the house carrying a gun, then you should find for Plaintiffs on the claim for unlawful entry into home.